CRIMINAL MINUTES

(2)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
UTICA, NEW YORK

DATE: 4/19/96
TIME: 11:20 AM
TAPE: _____

HON. DAVID N. HURD, PRESIDING
U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Craig B. Minor
COURT ECRO/STENO: Tape
INTERPRETER: _____
 [kinterp.]   (certified/non-certified)
LANGUAGE: _____

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 19 1996
AT ____ O'CLOCK ____ M.
GEORGE A. RAY, Clerk

UNITED STATES OF AMERICA
     vs.                                    DOCKET NUMBER: 96-M-183

Byron Miller_____, by _____ Esq.
                                [kdaddatty.]
                                ___ Retained  ___ CJA  ___ Waived

AUSA, _____, for Government [kgaddatty.]

___ **DATE OF ARREST** [kars.] _____

___ **INITIAL APPEARANCE**      ___ **REMOVAL HRG**         ✓ **RULE 40 DOCS RECEIVED**
    [kia.]                          [krmvhrg.]                  [kr40doc.]
___ **ARRAIGNMENT**              ___ **ARRAIGNMENT ON SUPERSEDING INDICTMENT**
    [karr.]                          [karrsps.]
___ **DETENTION HEARING**        ___ **PROBATION/SUPERVISED RELEASE VIOLATION HRG.**
    [kdtnhrg.]                       [kprohrg.]
___ **BOND HEARING**             ___ **PRELIMINARY HEARING**      ___ **NEBBIA HEARING**
    [kbndhrg.]                       [kprlxm.]                        [knbhrg.]

___ **NEXT APPEARANCE:** _____ for:

    ___ Arraignment       ___ Preliminary Hrg.     ___ Detention Hrg.
        [arrddl.]             [prlxmddl.]              [dtnhrgddl.]
    ___ Bond Hrg.         ___ Removal/Identity Hrg. ___ Other:_____
        [bndhrgddl.]          [rmvhrgddl.]

___ **DEFT. APPEARS W/COUNSEL 1st time** [kcnsl.]    ✓ **DEFT. APPEARS W/OUT COUNSEL**

___ **FINANCIAL AFFIDAVIT filed** [kfinaff.]    ___ **COUNSEL to be APPOINTED by COURT**

___ **GOVT. MOVES TO UNSEAL:**  ___ **COMPLAINT**    ___ **INDICTMENT**    ___ **INFORMATION**
    [kgoralm.]                      [kcmpuns.]           [kindiuns.]            [kinfouns.]

___ **COURT** ___ **GRANTS** ___ **DENIES MOTION TO UNSEAL** [koralo.]

___ **DEFT. advised of rights, maximun penalty stated and given copy of:**
    ___ Complaint  ___ Information  ___ Indictment  ___ Superseding Indictment

___ **GOVT. MOVES FOR DETENTION** [kgoralm.]:  ___ Flight Risk  ___ Community Danger

___ **GOVT. RECOMMENDS BAIL AT:** $ _____  PRB ___  ROR ___

___ **ATTY. waives the formal reading; and enters a PLEA of NOT GUILTY.** [kpl.]

See Reverse for Further Information

\_\_\_\_ CASE assigned to JUDGE _____   Criminal PTO issued in court.
\_\_\_ Criminal PRO to be mailed to counsel.

\_\_\_\_ BOND set at [kbnd.]: $_____   ROR \_\_\_   PRB \_\_\_

\_\_\_\_ ORDER setting CONDITIONS OF RELEASE filed

\_✓\_ DEFT. admits he/she is the person wanted in  SDNY_____.

\_\_\_\_ DEFT. signs WAIVER of RULE 40 HEARING

\_✓\_ DEFT. ORDERED REMOVED to originating district [koralo.]

\_\_\_\_ DEFT. failed to appear [kloc.] \_\_\_\_ LF

\_\_\_\_ Oral ORDER for issuance of BENCH WARRANT; Bond FORFEITED. [koralo.]

\_\_\_\_ DEFT. ORDERED detained pending trial; Order to be issued. [koralo.]

\_\_\_\_ DEFT. RELEASED

\_✓\_ DEFT. REMANDED custody of U.S. Marshal.
Select one of the following ONLY after Defts 1st appearance:

[kloc.] \_\_\_\_ LC  \_\_\_\_ LO (State, Local, or other Federal Authorities)

\_\_\_\_ CJA-20 Voucher issued.

\_\_\_\_ OTHER: Commitment Order Signed. Δ committed to the SDNY.

COURT STANDS IN RECESS:_____ AM/PM